UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.S.K. AND A.F.H.,

                        Plaintiffs,

        v.

MARKWAYNE MULLIN, *et al*.,

                        Defendants.

Case No. 2:26-cv-01572-JHC

**STIPULATED MOTION TO STAY AND ORDER**

Noted for Consideration:
July 14, 2026.

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until August 14, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With the additional time sought here, the claims in this litigation may be resolved without the need for further judicial intervention. Plaintiffs brought this litigation pursuant to the

STIPULATED MOTION TO STAY AND ORDER
[Case No. 2:26-cv-01572-JHC] - 1

Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the Department of State and U.S. Citizenship and Immigration Services ("USCIS") to complete the processing of A.F.H.'s Form I-730, Petition for Refugee/Asylee Relative. The Department of State has recently returned the file to USCIS. USCIS agrees to work diligently to complete processing within the proposed time frame and, if required, schedule follow-up interview at US consulate. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed until August 14, 2026. The parties will submit a joint status report on or before the end of this period.

DATED this 14th day of July, 2026.

Respectfully submitted,

*s/ Sarah Louise Bishop*                          *s/ Jane O'Sullivan*
SARAH LOUISE BISHOP, NY No. 5256359    JANE O'SULLIVAN
Assistant United States Attorney              O'Sullivan Law Office
United States Attorney's Office               2417 Pacific Ave SE, Suite C
Western District of Washington              Olympia, WA 98501
700 Stewart Street, Suite 5220               Phone: 206-340-9980
Seattle, Washington 98101-1271             Fax:    360-637-3574
Phone:  206-553-4063                           Email: jane@osullivanlawoffice.com
Fax:      206-553-4067
Email:   sarah.bishop@usdoj.gov           *Attorney for Plaintiffs*

*Attorney for Defendants*

I certify that this memorandum contains 241 words,
in compliance with the Local Civil Rules.

## ORDER

The case is stayed.  The parties shall submit a status update within 30 days of this Order.

It is so ORDERED.

DATED this 17th day of July, 2026.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO STAY AND ORDER
[Case No. 2:26-cv-01572-JHC] - 3