UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.S.K. AND A.F.H.,<br><br>Plaintiffs,<br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01572-JHC<br><br>**THIRD STIPULATED MOTION TO EXTEND STAY AND ORDER**<br><br>Noted for Consideration:<br>November 12, 2026. |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to extend the stay in these proceedings for a further 60 days, until January 12, 2027.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With the additional time sought here, the claims in this litigation may be resolved without the need for further judicial intervention. Plaintiffs brought this litigation pursuant to the

Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the Department of State and U.S. Citizenship and Immigration Services ("USCIS") to complete the processing of A.F.H.'s Form I-730, Petition for Refugee/Asylee Relative. The parties previously extended the stay in this case to give Plaintiffs time to respond to USCIS's Notice of Intent to Deny, and USCIS time to review that response. USCIS is now transferring the file back to the Consulate for a further interview and paperwork needed for adjudication. The parties therefore submit that there is good cause to extend the current stay in this action for a further 60 days. Accordingly, the parties respectfully request that the Court extend the stay in this action until January 12, 2027. The parties will submit a joint status report on or before that date.

DATED this 12th day of November, 2026.

Respectfully submitted,

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorney for Defendants*

*s/ Jane O'Sullivan*
JANE O'SULLIVAN
O'Sullivan Law Office
2417 Pacific Ave SE, Suite C
Olympia, WA 98501
Phone: 206-340-9980
Fax: 360-637-3574
Email: jane@osullivanlawoffice.com

*Attorney for Plaintiffs*

I certify that this memorandum contains 281 words, in compliance with the Local Civil Rules.

**ORDER**

The stay of this action is extended until January 12, 2027. The parties shall submit a status update on or before that date.

It is so **ORDERED**.

DATED this 13th day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge